

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00486-CR

Robert **ROMERO**,
Appellant

v.

**STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 562296
Honorable Wayne A. Christian, Judge Presiding

PER CURIAM

Sitting:  Sandee Bryan Marion, Chief Justice
     Luz Elena Chapa, Justice
     Beth Watkins, Justice

Delivered and Filed: April 10, 2019

DISMISSED

Appellant filed a motion to dismiss this appeal from his conviction for driving while intoxicated. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH